**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **ALISON BATTAGLIA,** ) | **CASE NO.1:07CV778** |
| ) | |
| **Plaintiff,** ) | **JUDGE CHRISTOPHER A. BOYKO** |
| ) | |
| **Vs.** ) | |
| ) | |
| **UNITED STATES OF AMERICA,** ) | **ORDER** |
| ) | |
| **Defendant.** ) | |

**CHRISTOPHER A. BOYKO, J:**

On October 1, 2007, the Court held an attorneys-only status conference.  As a result, the Court Orders dispositive motions on the statute of limitations to be filed no later than December 17, 2007.  Briefs in Opposition are due January 24, 2008 and Reply briefs are due February 4, 2008.  A settlement conference is set for December 13, 2007, at 2:00 PM.  All clients and counsel are required to attend.

Since this case will be tried to the bench, counsel shall discuss with clients and shall obtain written consent from clients for the Court to discuss settlement.  Counsel shall assure clients all settlement discussions will remain confidential, inadmissible at trial, and will be disregarded by the Court in the event of a bench trial.

IT IS SO ORDERED.

October 2, 2007                         s/Christopher A. Boyko
Date                                              CHRISTOPHER A. BOYKO
                                                    United States District Judge