*Premier Care* *South Division*

12639 OLD TESSON ROAD • SUITE 115 • ST. LOUIS, MO 63128
MAIN LINE (314) 849-0311 • DIRECT (314) 842-8655
BUSINESS FAX (314) 849-4423 • MEDICAL FAX (314) 849-2068
EVENINGS AND WEEKENDS • (314) 868-7700

GEORGE R. SCHOEDINGER, III, M.D.
FORBES A. McMULLIN, M.D.
DENNIS A. DUSEK, M.D.
RAVI V. SHITUT, M.D.
DAVID C. HAUEISEN, M.D.
LAWRENCE A. KRIEGSHAUSER, M.D.
JOHN B. WELTMER, JR., M.D.

CONSULTATION:
SALVADOR R. HERNANDEZ, M.D.
(1919 - 2003)

STEPHEN E. VIERLING, M.D.
DALE E. DOERR, M.D.
ROBERT G. MEDLER, M.D.
ASHOK KUMAR, M.D.
ROBERT H. SIGMUND, M.D.
COLES E. L'HOMMEDIEU, M.D.
MAHESH R. BAGWE, M.D.
BENJAMIN P. CRANE, M.D.

June 02, 2009

Mr. Donald Kral
c/o Reddy, Baran, & Kral Co.
2802 SOM Center Road, Suite 102
Willoughby Hills, OH 44094

Re:    Battaglia, Allison J.

Dear Mr. Kral:

At your request, I have reviewed multiple records related to the above-captioned patient's care by Dr. Francis Papay, a plastic surgeon at the Cleveland Clinic Foundation in Cleveland, Ohio. You have asked me to opine as to standard of care which applies to dealing with deep soft tissue infections particularly those which in the above-captioned patient appear to be related to fragments of electrodes which were in the past implanted in various parts of her body in an effort to produce motor capability in her otherwise paralyzed limbs and trunk. Dr. Papay has on occasion in the treatment of this patient explored various areas of soft tissue involvement where abscesses were found and thereafter drained with removal of fragments of wire and attendant investing material used in those electrodes.

It is my opinion to a reasonable degree of medial certainty that invasive surgical treatment of this nature is absolutely necessitated by the very nature of the abscess and that the suggestion that such abscesses be treated by either systemic antibiotics alone or by topical treatment would of itself be a breach of the standard. It is further my opinion that on the occasion of the patient's treatment for an osteomyelitis of the left ischium it is more likely than not the case that the nidus of the infection was related to a fragment of electrode which for whatever reason became the site of an infectious process adjacent bone and thus the cause of the osteomyelitis. In any event, surgical intervention is of necessity required.

If there is further information that you require regarding evaluation of this tragic patient, please do not hesitate to speak with me directly or by letter.

Very sincerely yours,

George R. Schoedinger, III, M.D.

GRS/msw

# CURRICULUM VITAE

## George R. Schoedinger, III, M.D.

**Born:**

Columbus, Ohio - January 31, 1937

**Education:**

Eastern Oregon College, LaGrande, Oregon, 1956-1958
M.D., University of Oregon Medical School, 1962

**Graduate Hospital Experience:**

Internship, Baylor University Medical Center, Dallas, TX, 1962-1963

Assistant Resident, General Surgery, Barnes Hospital, St. Louis, MO,
1963-1964

Assistant Resident, Orthopedic Surgery, Barnes Hospital, St. Louis, MO,
7-1-64 to 12-31-64

Assistant Resident, Orthopedic Surgery, St. Louis Shriners Hospital for Crippled
Children, St. Louis, MO, 1-1-65 to 12-31-65

Assistant Resident, Orthopedic Surgery (Basic Science), Barnes Hospital,
St. Louis, MO, 1-1-66 to 6-30-66

Resident, Orthopedic Surgery, Barnes Hospital, St. Louis, MO,
7-1-66 to 12-31-66

Resident, Orthopedic Surgery, St. Louis City Hospital, St. Louis, MO,
1-1-67 to 6-30-67

**Licensure:**

Texas, 1963
Missouri, 1964
Oregon, 1965
Illinois, 1990
Maryland, 1996
Maine, 2005

**Curriculum Vitae**
**George R. Schoedinger, III, M.D.**
**Page Two**


**Certification:**

American Board of Orthopaedic Surgery, January, 1969


**Military Service:**

USMC/USNR 1955 - 1995.


**Memberships:**

Missouri State Orthopedic Society
St. Louis Medical Society
St. Louis Orthopedic Society
Mid Central States Orthopedic Society
American Medical Association
Missouri Medical Association
Clinical Orthopedic Society
Fellow American College of Surgeons
Fellow American Academy of Orthopaedic Surgeons
Mid America Orthopedic Association
North American Spine Society
Southern Medical Association
Association of Military Surgeons of the U.S. (AMSUS)


**Hospital Appointments:**

St. Anthony's Medical Center - St. Louis
St. Joseph Hospital - Kirkwood
Missouri Baptist Medical Center - St. Louis
Des Peres Hospital – St. Louis
St. Mary's Health Center - St. Louis

Curriculum Vitae
George R. Schoedinger, III, M.D.
Page Three

## Past Positions:

Chairman Medical Executive Committee, Missouri Baptist Medical Center –
1976

Chief of Staff, Missouri Baptist Medical Center - 1976

Director, Department of Orthopedic Surgery, Missouri Baptist Medical Center –
1976 to 1984

Chairman, Department of Orthopedic Surgery, St. Anthony's Medical Center –
1993 to 1997

Member, Board of Directors, Unity Health - 1995 to 1997

Member, Board of Directors, St. Anthony's Medical Center –1994 to 1997

Member, Board of Visitors and Governors, St. John's College, Annapolis, MD –
1997 to 2003

Member, Governing Board of Managers, Centerpointe Hospital, St. Charles,
MO – 2003 to 2005

Chairman, Governing Board of Managers, Centerpointe Hospital, St. Charles,
MO – 2005 to present

# PUBLICATIONS
## George R. Schoedinger, III, M.D.

### 1966

Goodman, F.G. and Schoedinger, G.R., III:  **Questions and Answers in Orthopedic
Surgery**, C.V. Mosby Company, St. Louis, MO, 1966.

### 1969

**"Treatment of Ruptured Lumbar Discs With The Use of Chymopapain,"**
George R. Schoedinger, III, M.D., presented to Southern Medical Association,
November, 1969.

### 1971

**"The Use of Chymopapain in Ruptured Lumbar Discs,"** George R.
Schoedinger III, M.D. and Lee T. Ford, Jr., M.D., March 1971.

Goodman, F.G. and Schoedinger, G.R., III:  **Questions and Answers in Orthopedic
Surgery**, C.V. Mosby Company, St. Louis, MO, Second Edition, 1971.

<u>Curriculum Vitae</u>
George R. Schoedinger, III, M.D.
Page Four

### PUBLICATIONS   (continued)
### George R. Schoedinger, III, M.D.

#### 1976

Goodman, F.G. and Schoedinger, G.R., III:   <u>Questions and Answers in Orthopedic Surgery</u>, C.V. Mosby Company, St. Louis, MO, Third Edition, 1976.

#### 1985

**"Correlation of Standard Diagnostic Studies with Surgically Proven Lumbar Disc Rupture,"** George R. Schoedinger, III, M.D., presented to Southern Orthopedic Association, March 1985.

#### 1987

**"Correlation of Standard Diagnostic Studies with Surgically Proven Lumbar Disc Rupture,"** George R. Schoedinger, III, M.D., published <u>Southern Medical Journal,</u> January 1987.

#### 1989

**"The Use of Chemonucleolysis in the Treatment of Lumbar Disc Rupture Associated with Spondylolisthesis,"** George R. Schoedinger, III, M.D., published in the proceedings of The International Intradiscal Therapy Society, Inc. Second Annual Meeting, March, 1989.

#### 1990

**"Dermatomal Evoked Response and the Diagnosis of Herniated Lumbar Nucleus Pulposus,"** George R. Schoedinger, III, M.D., presented to the Southern Orthopaedic Association, Seventh Annual Meeting, June, 1990.

#### 2000

**"Avitene and Duramorph Decreased Hospital Stays for Anterior Spinal Surgery,"** George R. Schoedinger, III, M.D., presented to the Mid-America Orthopaedic Association, Eighteenth Annual Meeting, April, 2000.

**"Anterior Reduction of Symptomatic Spondylolisthesis,"** George R. Schoedinger, III, M.D., presented to the Mid-America Orthopaedic Association, Eighteenth Annual Meeting, April, 2000.

<u>Curriculum Vitae</u>
George R. Schoedinger, III, M.D.
Page Five

## PUBLICATIONS  (continued)
## George R. Schoedinger, III, M.D.

### 2000

**"Eliminating Subsidence Through Better Cage Placement,"** George R. Schoedinger, III, M.D. and Gregory R. Cizek, M.D., presented to the Southern Orthopaedic Association, Seventeenth Annual Meeting, July, 2000.

**"Anterior Lumbar Interbody Fusion Using a Single BAK Proximity Cage,"** George R. Schoedinger, III, M.D., presented to the St. Louis University School of Medicine, Practical Anatomy Workshop, November, 2000.

### 2002

**"A Short Pain Survey for Postoperative Assessments of Spine Surgery,"** George R. Schoedinger, III, M.D., presented at the 90th Annual Scientific Meeting of the Clinical Orthopaedic Society, Indianapolis, IN, September, 2002.

### 2004

George R. Schoedinger, III, M.D.; Charles F. Hildebolt, D.D.S., PhD; Ashok Kumar, M.D., **"A Short Pain Survey for Postoperative Assessment of Spine Patients in a Nonacademic Setting,"** <u>Journal of Surgical Orthopaedic Advances</u>, WINTER 2004, Volume 13, Number 4, pp 199-205, 2004.

### 2008

George R. Schoedinger, III, M.D.; Charles F. Hildebolt, D.D.S., PhD; **"A Prospective Study of Anterior Lumbar Interbody Fusion Employing a Single Interbody Cage"** presented at the 26th Annual Meeting of the Mid-America Orthopaedic Association, Champions Gate, FL, April, 2008.

George R. Schoedinger, III, M.D.; **"Anterior Lumbar Fusion with a Single BAK Proximity Cage: Outcomes of 734 Patients by One Surgeon in a Non-Academic Setting"** to be presented at the Clinical Orthopedic Society, Annapolis, MD, September, 2008.

CV/GRS

<u>Curriculum Vitae</u>
George R. Schoedinger, III, M.D.
Page Three

**Past Positions:**

Chairman Medical Executive Committee, Missouri Baptist Medical Center –
1976

Chief of Staff, Missouri Baptist Medical Center - 1976

Director, Department of Orthopedic Surgery, Missouri Baptist Medical Center –
1976 to 1984

Chairman, Department of Orthopedic Surgery, St. Anthony's Medical Center –
1993 to 1997

Member, Board of Directors, Unity Health - 1995 to 1997

Member, Board of Directors, St. Anthony's Medical Center –1994 to 1997

Member, Board of Visitors and Governors, St. John's College, Annapolis, MD –
1997 to 2003

Member, Governing Board of Managers, Centerpointe Hospital, St. Charles,
MO – 2003 to 2005

Chairman, Governing Board of Managers, Centerpointe Hospital, St. Charles,
MO – 2005 to present


## PUBLICATIONS
### George R. Schoedinger, III, M.D.

**1966**

Goodman, F.G. and Schoedinger, G.R., III:   <u>**Questions and Answers in Orthopedic**</u>
<u>**Surgery**</u>, C.V. Mosby Company, St. Louis, MO, 1966.

**1969**

**"Treatment of Ruptured Lumbar Discs With The Use of Chymopapain,"**
George R. Schoedinger, III, M.D., presented to Southern Medical Association,
November, 1969.

**1971**

**"The Use of Chymopapain in Ruptured Lumbar Discs,"** George R.
Schoedinger III, M.D. and Lee T. Ford, Jr., M.D., March 1971.

Goodman, F.G. and Schoedinger, G.R., III:   <u>**Questions and Answers in Orthopedic**</u>
<u>**Surgery**</u>, C.V. Mosby Company, St. Louis, MO, Second Edition, 1971.

Curriculum Vitae
George R. Schoedinger, III, M.D.
Page Four

## PUBLICATIONS   (continued)
## George R. Schoedinger, III, M.D.

### 1976

Goodman, F.G. and Schoedinger, G.R., III:   Questions and Answers in Orthopedic
Surgery, C.V. Mosby Company, St. Louis, MO, Third Edition, 1976.

### 1985

**"Correlation of Standard Diagnostic Studies with Surgically Proven Lumbar Disc
Rupture,"** George R. Schoedinger, III, M.D., presented to Southern Orthopedic
Association, March 1985.

### 1987

**"Correlation of Standard Diagnostic Studies with Surgically Proven Lumbar Disc
Rupture,"** George R. Schoedinger, III, M.D., published Southern Medical Journal,
January 1987.

### 1989

**"The Use of Chemonucleolysis in the Treatment of Lumbar Disc Rupture
Associated with Spondylolisthesis,"** George R. Schoedinger, III, M.D., published in
the proceedings of The International Intradiscal Therapy Society, Inc. Second Annual
Meeting, March, 1989.

### 1990

**"Dermatomal Evoked Response and the Diagnosis of Herniated Lumbar Nucleus
Pulposus,"** George R. Schoedinger, III, M.D., presented to the Southern Orthopaedic
Association, Seventh Annual Meeting, June, 1990.

### 2000

**"Avitene and Duramorph Decreased Hospital Stays for Anterior Spinal
Surgery,"** George R. Schoedinger, III, M.D., presented to the Mid-America
Orthopaedic Association, Eighteenth Annual Meeting, April, 2000.

**"Anterior Reduction of Symptomatic Spondylolisthesis,"** George R.
Schoedinger, III, M.D., presented to the Mid-America Orthopaedic Association,
Eighteenth Annual Meeting, April, 2000.

Curriculum Vitae
George R. Schoedinger, III, M.D.
Page Five

## PUBLICATIONS (continued)
### George R. Schoedinger, III, M.D.

### 2000

**"Eliminating Subsidence Through Better Cage Placement,"** George R. Schoedinger, III, M.D. and Gregory R. Cizek, M.D., presented to the Southern Orthopaedic Association, Seventeenth Annual Meeting, July, 2000.

**"Anterior Lumbar Interbody Fusion Using a Single BAK Proximity Cage,"** George R. Schoedinger, III, M.D., presented to the St. Louis University School of Medicine, Practical Anatomy Workshop, November, 2000.

### 2002

**"A Short Pain Survey for Postoperative Assessments of Spine Surgery,"** George R. Schoedinger, III, M.D., presented at the 90th Annual Scientific Meeting of the Clinical Orthopaedic Society, Indianapolis, IN, September, 2002.

### 2004

George R. Schoedinger, III, M.D.; Charles F. Hildebolt, D.D.S., PhD; Ashok Kumar, M.D., **"A Short Pain Survey for Postoperative Assessment of Spine Patients in a Nonacademic Setting,"** Journal of Surgical Orthopaedic Advances, WINTER 2004, Volume 13, Number 4, pp 199-205, 2004.

### 2008

George R. Schoedinger, III, M.D.; Charles F. Hildebolt, D.D.S., PhD; **"A Prospective Study of Anterior Lumbar Interbody Fusion Employing a Single Interbody Cage"** presented at the 26th Annual Meeting of the Mid-America Orthopaedic Association, Champions Gate, FL, April, 2008.

George R. Schoedinger, III, M.D.; **"Anterior Lumbar Fusion with a Single BAK Proximity Cage: Outcomes of 734 Patients by One Surgeon in a Non-Academic Setting"** to be presented at the Clinical Orthopedic Society, Annapolis, MD, September, 2008.

CV/GRS